# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-00243-RLH-RJJ |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| MATTHEW JENSEN, | ) | |
| Defendant. | ) | |

Based upon the stipulation of the parties and good cause appearing therefore,

**It is hereby ORDERED that:**

The Defendant shall be released from custody to reside in residential re-entry center for a period of up to six months from the date of this Order. Defendant shall comply with all rules and regulations of that facility.

**It is further ORDERED that:**

Upon resolution of the Defendant's state charges which are the subject of the pending revocation proceedings, the parties shall contact the Court to have this matter placed on the docket for further proceedings.

DATED this 15th day of October, 2010.

_____
Hon. ROGER L. HUNT
CHIEF UNITED STATES DISTRICT JUDGE